AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**MICHAEL JERRETT AMOS**<br><br>Defendant | Case: 1:24-mj-00209<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 6/27/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **MICHAEL JERRETT AMOS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(F) - Acts of Physical Violence in the Capitol Grounds or Buildings.

Date:   06/27/2024                                    _____
                                                       *Issuing officer's signature*
                                                       2024.06.27 11:54:54 -04'00'

City and state:   Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                       *Printed name and title*

---

### Return

This warrant was received on *(date)* 6/27/24, and the person was arrested on *(date)* 6/28/24
at *(city and state)* Fort Myers, FL.

Date: 6/28/24                                         _____
                                                       *Arresting officer's signature*

                                                       TFO Tim Dugan  05191
                                                       *Printed name and title*

