# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     ***v.*** ) | **Case No. 1:24-mj-209 (RMM)** |
| ) | |
| **MICHAEL JERRETT AMOS,** ) | |
| ) | |
|     **Defendant.** ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in the above styled case as pro bono counsel for

**DEFENDANT MICHAEL JERRETT AMOS**


Dated July 10, 2024                           Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

2

**CERTIFICATE OF SERVICE**

I hereby certify on the 10th day of July 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

*/s/ Carolyn A. Stewart*
Carolyn A. Stewart, Esq.
